B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re John Reilly, Case No. 16-21609

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| SMS Financial JDC, LP | FDIC, Receiver for Guaranty Bank |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
SMS Financial JDC, LP, 6829 North 12th Street, Phoenix, AZ 85014

Court Claim # (if known): 10
Amount of Claim: $48,643.60
Date Claim Filed: 10/18/2016

Phone: (800)644-0624
Last Four Digits of Acct #: 9342

Phone: (800)644-0624
Last Four Digits of Acct. #: 9342

Name and Address where transferee payments should be sent (if different from above):
SMS Financial JDC, LP, PO Box 912453, Denver, CO 80291-2453

Phone: (800)644-0624
Last Four Digits of Acct #: 9342

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____ Date: 9-21-17
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.